# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: CR 22-183 DWF/ECW |
| v. | Date: October 25, 2022 |
| | Court Reporter: Lynne Krenz |
| Charles Rodacker-Waye, | Courthouse: St. Paul |
| | Courtroom: 7C |
| Defendant. | Time Commenced: 11:01 AM |
| | Time Concluded: 11:44 AM |
| | Time in Court: 43 Minutes |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
   For Plaintiff: Joseph H Thompson, Assistant United States Attorney
   For Defendant: Daniel L Gerdts, CJA

PROCEEDINGS:
   X **Change of Plea Hearing.**

   X PLEA:
      X Guilty as to Counts 7 & 8 of the Indictment.
   X Presentence Investigation and Report requested.
   X Defendant remanded to the custody of the U.S. Marshal.

                                                      s/L. Sampson
                                                      Courtroom Deputy